HEATING ACCEPTANCE CORPORATION *v.* HULLIE
M. PATTERSON

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*Herbert Watstein,* with whom was *Julius Watstein,* for the appellee (plaintiff).

*John J. Hunt,* for the appellant (defendant).

Argued January 5—decided January 5, 1965

ELECTROLUX CORPORATION *v.* TOWN OF GREENWICH

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*Stewart H. Jones,* for the appellee (defendant).

*Newton D. Crane,* for the appellant (plaintiff).

Argued January 5—decided January 6, 1965

